AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     NEW JERSEY

TIMOTHY SCHAFFER

**JUDGMENT IN A CIVIL CASE**

V.

ANTONIO J. FRONTADO
STEPHEN BACJEWICZ

Case Number:     07-00031 (RBK)

x **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That **Judgment of No Cause for Action** be entered in favor of Defendants **ANTONIO J. FRONTADO and STEPHEN BACJEWICZ** and against plaintiff **TIMOTHY SCHAFFER.**

February 17, 2011
Date

HON. ROBERT B. KUGLER

UNITED STATES DISTRICT JUDGE